**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X

**THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
STERLING EQUIPMENT, INC.,**

      Plaintiff(s),

Index No. 05 10089 NMG

-against-

AFFIDAVIT OF SERVICE

**GULF INSURANCE COMPANY,**

      Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK  )
                    S.S.:
COUNTY OF NEW YORK)

      **NELSON CARVAJAL**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 21st day of January 2005, at approximately 2:37 p.m., deponent served a true copy of the **SUMMONS AND COMPLAINT** upon Gulf Insurance Company at One State Street Plaza, 9th floor, New York, NY 10004, by personally delivering and leaving the same with Deborah Luongo, Claims Supervisor, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Deborah Luongo is a white female, approximately 39 years of age, stands approximately 5 feet 2 inches tall, and weighs approximately 125 pounds with brown hair and brown eyes.

_____
**NELSON CARVAJAL #965441**

Sworn to before me this
25th day of January, 2005

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
401 Broadway
Ste. 510
NY, NY 10013
212-925-1220
www.dlsny.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
STERLING EQUIPMENT, INC., Plaintiff,
V.
GULF INSURANCE COMPANY, Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10089 NMG

TO: (Name and address of Defendant)

Gulf Insurance Company
One State Street Plaza, 9th Floor
New York, NY 10004
Attn: Any officer, managing or general agent, or any agent
authorized by appointment or law to receive service of process

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Norman A. Peloquin, II P.C.
Morad Building
460 County Street
New Bedford, MA 02740
Tel. 508-991-2300
Fax 508-991-8300

an answer to the complaint which is served on you with this summons, within     twenty (20)     days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 1/13/05