UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -1 P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

------------------------------------------------------x
THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
STERLING EQUIPMENT, INC.,

        Plaintiff,

-against-

GULF INSURANCE COMPANY,

        Defendant.
------------------------------------------------------x

CIVIL ACTION NO. 05-10089NMG

**STIPULATION**

NOW COMES plaintiff, Sterling Equipment, Inc., and by and through its attorneys, hereby stipulates that the time within which defendant, Gulf Insurance Company, may answer or otherwise respond to the Complaint in the above-captioned action is extended up through and including February 28, 2005.

Dated: January 27, 2005

Respectfully submitted,

STERLING EQUIPMENT, INC.
By its attorneys,
NORMAN A. PELOQUIN, II, P.C.

By: _____
Norman A. Peloquin, II, Esquire
(BBO No. 550872)
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. 508-991-2300; Fax 508-991-8300

Certificate of Service

I hereby certify that on the 27th of January, 2005, I served a copy of the foregoing document by mailing same, first class, postage prepaid, upon defendant's counsel, Louis Movitz, Packer & Movitz, P.C., 11 Beacon Street, Suite 615, Boston, MA 02108.

_____
Attorney-at-Law

cc: Packer & Movitz, P.C. (w/encls.)
11 Beacon Street, Suite 615
Boston, MA 02108
Attn: Louis Movitz

Sterling Equipment, Inc. (w/encls.)
62 Nay Street
East Boston, MA 02128
Attn: Norman B. Bourque, Jr.