UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------x
THE UNITED STATES OF AMERICA          :
FOR THE USE AND BENEFIT OF            :
STERLING EQUIPMENT, INC.,             :
                                      :
                    Plaintiff,        :
                                      :
       -against-                      :     CIVIL ACTION NO. 05-10089NMG
                                      :
                                      :
GULF INSURANCE COMPANY,               :
                                      :     STIPULATION
                    Defendant.        :
------------------------------------------------------x
```

NOW COMES plaintiff, Sterling Equipment, Inc., and by and through its attorneys, hereby stipulates that the time within which defendant, Gulf Insurance Company, may answer or otherwise respond to the Complaint in the above-captioned action is extended up through and including March 31, 2005. The undersigned represents to the Court that the parties hereto are presently exchanging documents and discussing the resolution of this action through a negotiated settlement.

Dated: March 1, 2005                          Respectfully submitted,

                                              STERLING EQUIPMENT, INC.
                                              By its attorneys,
                                              NORMAN A. PELOQUIN, II, P.C.

                                     By:      /s/ Norman A. Peloquin, II
                                              Norman A. Peloquin, II, Esquire
                                              (BBO No. 550872)
                                              Morad Building, 460 County Street
                                              New Bedford, MA 02740-5107
                                              Tel. 508-991-2300; Fax 508-991-8300

Certificate of Service

I hereby certify that on the 1st of March, 2005, I served a copy of the foregoing document by mailing same, first class, postage prepaid, upon defendant's counsel, Louis Movitz, Packer & Movitz, P.C., 11 Beacon Street, Suite 615, Boston, MA 02108.

/s/ Norman A. Peloquin, II
Attorney-at-Law