UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America for the Use and Benefit of
Sterling Equipment, Inc.,
    Plaintiff

v.                                                                               Civil Action No. 050-10089NMG

Gulf Insurance Company,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

KEETON, D.J.

    The Court having been advised by counsel that this case has settled. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                               By the Court,

4/14/05                                                       /s/ Craig J. Nicewicz
   Date                                                   Craig J. Nicewicz
                                                            Courtroom Clerk