UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
THE UNITED STATES OF AMERICA          :
FOR THE USE AND BENEFIT OF            :
STERLING EQUIPMENT, INC.,             :
                                      :
              Plaintiff,              :
                                      :
     -against-                        :   CIVIL ACTION NO. 05-10089NMG
                                      :
                                      :
GULF INSURANCE COMPANY,               :
                                      :   RULE 41(a)(1)(i) Voluntary Dismissal
              Defendant.              :
-------------------------------------------------------x
```

NOW COMES plaintiff, Sterling Equipment, Inc., and by and through its attorneys, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses voluntarily the above-captioned action against defendant, Gulf Insurance Company, with prejudice and without costs.  Notice is hereby waived under Rule 77(d) of the Federal Rules of Civil Procedure.

Dated: April 19, 2005                       Respectfully submitted,

                                            STERLING EQUIPMENT, INC.
                                            By its attorneys,
                                            NORMAN A. PELOQUIN, II, P.C.

                                   By:      /s/ Norman A. Peloquin, II
                                            Norman A. Peloquin, II, Esquire
                                            (BBO No. 550872)
                                            Morad Building, 460 County Street
                                            New Bedford, MA 02740-5107
                                            Tel. 508-991-2300; Fax 508-991-8300